

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATASHA PFAFF, by and through her guardians, Maureen and Donald Pfaff, individually and on behalf of all other similarly situated persons,

Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,

Defendants.

---

LEYA REKHTER, *et al.*,

Plaintiffs/Petitioners,

v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,

Defendants/Respondents.

CASE NO. C07-5280RJB

ORDER GRANTING LEAVE TO FILE BRIEF OF AMICUS CURIAE



07-CV-05280-ORD

This matter comes before the Court on SEIU 775NW's Motion for Leave to File Brief of Amicus Curiae in Opposition to Request by Defendant to Have This Court Rule on the Merits of

ORDER - 1

State-Law Claims (Dkt. 183). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file herein.

The Court finds that SEIU 775NW's motion for leave to file an amicus brief should be granted. Therefore, it is hereby

**ORDERED** that SEIU 775NW's Motion for Leave to File Brief of Amicus Curiae in Opposition to Request by Defendant to Have This Court Rule on the Merits of State-Law Claims (Dkt. 183) is **GRANTED**. SEIU 775NW is hereby directed to file its Brief of Amicus Curiae immediately.

DATED this 24 day of November, 2008.

_____
ROBERT J. BRYAN
United States District Judge